IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**DIANA GRISALES-BASTO,**

   *Plaintiff*,

v.   Case No.: 4:25cv82-MW/MAF

**TURNER GUILFORD KNIGHT,**

   *Defendant.*

_____/

### ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 4. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 4, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This case is **DISMISSED** for failure to prosecute and failure to comply with a Court Order." The Clerk shall close the file.

**SO ORDERED** on May 12, 2025.

                                             s/Mark E. Walker
                                             **Chief United States District Judge**